# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:10 CV 225

| | | |
|---|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR LLC, a Colorado Limited Liability Company, | ) ) ) ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| CLARENCE JONES, an individual, and DOES 1-10, | ) ) ) | |
| Defendants | ) ) | |

**THIS MATTER** is before the court on Allan R. Tarleton's Application for Admission to Practice *Pro Hac Vice* of Chad M. Hagan. It appearing that Chad M. Hagan is a member in good standing with the Texas Bar and will be appearing with Allan R. Tarleton, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Allan R. Tarleton's Application for Admission to Practice *Pro Hac Vice* (#5) of Chad M. Hagan is **GRANTED**, and that Chad M. Hagan is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Allan R. Tarleton.

Signed: November 30, 2010

Dennis L. Howell
United States Magistrate Judge